UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-CR-00009 |
| | ) | |
| ELLIOTT ATWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The defendant, Elliott Atwell, by counsel, has filed a motion seeking an order of the Court to direct the sealing of Exhibits 1, 2, and 3 to his motion for bond (ECF No. 26).  It appearing that sealing is justified under the circumstances in order to keep confidential certain sensitive personal and confidential information, it is ORDERED that the motion is GRANTED, and the clerk is directed to file the documents under seal.

Entered: June 5, 2023

_____
Joel C. Hoppe
United States Magistrate Judge