IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES - BOND HEARING

Case No.: 3:23cr00009            Date:  6/5/23

**Defendant:** Elliott Simon Atwell, custody            **Counsel:**  Don Pender, AFPD

PRESENT:    JUDGE:            Joel C. Hoppe, USMJ    TIME IN COURT:  1:04-2:48=1 hr 44 min
            Deputy Clerk:     Karen Dotson
            Court Reporter:   Karen Dotson, FTR
            U. S. Attorney:   Melanie Smith & Jessica Joyce
            USPO:             Mariana Salazar
            Case Agent:       FBI SA Mary Echols
            Interpreter:      n/a

## BOND HEARING

- [x] Bond hearing held.  Record proceedings, witness, etc
- [ ] Government does not oppose bond.
- [ ] Defendant(s) not eligible for bond because state reasons not eligible
- [ ] Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety.  Written appearance bond and order setting conditions of release to follow.
- [ ] Defendant remanded to custody pending posting of secured bond.
- [x] Bond denied.  Defendant remanded to custody.  Written detention order will follow.

- [ ] Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.

**Additional Information:**
All parties present in person
Def presents bond plan to the court
Gov't proffers aditional eivdence
Gov't calls witness, SA Echols
Gov't introduces 3 exhibits and moves for them to be filed under seal
Def objects to exhibits, court overrules objection
3 exhibits are admitted and filed under seal
Cross by defense counsel
Defense calls witness, PO Salazar
Cross by gov't
Argument by counsel
Court denies bond and states reasons from the bench
Dft remanded to USM custody