AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

USA

v.

Elliott Simon Atwell

**EXHIBIT AND WITNESS LIST**

Case Number: 3:23CR9

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOEL C. HOPPE, USMJ | Melanie Smith | Don Pender |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/5/23 | Karen Dotson, FTR | Karen Dotson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/5/23 | ✓ | ✓ | Screen shot of text messages |
| 2 | | 6/5/23 | ✓ | ✓ | Screen shot of video |
| 3 | | 6/5/23 | ✓ | ✓ | Screen shot of text messages |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages