# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

Elliott Simon Atwell

Case No.: 3:23CR9

Date: 6/5/23

TYPE OF HEARING: Dtn. Hrg.

Time in Court: 1:04 - 2:48 = 1 hour + 44 min.

********************************************************************************

**PARTIES/SPEAKERS:**

1. USMJ - Joel C. Hoppe
2. AUSA - Melanie Smith
3. Dft - Atwell
4. Def Atty - Don Pender
5.
6. PO - Mariana Salazar
7. SA Mary Echols
8.
9. deputy clerk - Karen Dotson
10.

********************************************************************************

Recording saved to Charlottesville I drive - ctrm 1        RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 1:04 | 1,9 | 26 | 4,2 | | 7,4 | | 4,7 | | 1,2 |
| 5 | 1,2 | | 1,4 | | 7,4 | | 4 | | 1,2 |
| | 1,4 | | 7,2 | | 7,4 | 56 | 2,4 | 2 | 1,4 |
| | 1,4 | | 7,2 | | 7,4 | | 1,4 | | 1,6 |
| 11 | 1,2 | | 7,2 | | 7,4 | | 2, | | 1,4 |
| | 1,2 | | 7,2 | | 7,4 | 57 | 1,4 | | 6,4 |
| | 1,2 | | 2,7 | | 7,4 | 58 | 7,4 | 3 | 6,4 |
| 15 | 7,1 | | 2,1 | 47 | 2,7 | | 7,4 | | 6,4 |
| | 7,2 | 37 | 4,1 | 48 | 2,1 | | 7,4 | | 6,4 |
| | 7,2 | | 2 | | 2,7 | | 7,4 | | 6,4 |
| | 7,2 | 39 | 1,4 | 49 | 4,7 | | 7,4 | | 6,4 |
| | 7,2 | | 1,2 | | 4,7 | 2:01 | 9,4 | | 6,4 |
| | 7,2 | 41 | 1,4 | | 4,7 | | 7,4 | | 6,4 |

USA v.
3:22CR9 Atwell page 2

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
|  | 6,4 |  |  |  |  |  |  |  |  |
| 11 | 2,4 |  |  |  |  |  |  |  |  |
|  | 2,6 |  |  |  |  |  |  |  |  |
|  | 2,6 |  |  |  |  |  |  |  |  |
|  | 2,6 |  |  |  |  |  |  |  |  |
|  | 2,6 |  |  |  |  |  |  |  |  |
|  | 2 |  |  |  |  |  |  |  |  |
| 15 | 1,4 |  |  |  |  |  |  |  |  |
|  | 1,4 |  |  |  |  |  |  |  |  |
|  | 1,4 |  |  |  |  |  |  |  |  |
| 17 | 1, |  |  |  |  |  |  |  |  |
| 18 | 4,1 |  |  |  |  |  |  |  |  |
| 19 | 4,1 |  |  |  |  |  |  |  |  |
|  | 4 |  |  |  |  |  |  |  |  |
| 21 | 1,4 |  |  |  |  |  |  |  |  |
| 25 | 1,2 |  |  |  |  |  |  |  |  |
| 28 | 1, |  |  |  |  |  |  |  |  |
| 29 | 4 |  |  |  |  |  |  |  |  |
| 30 | 1,4 |  |  |  |  |  |  |  |  |
| 33 | 1,4 |  |  |  |  |  |  |  |  |
| 34 | 1 |  |  |  |  |  |  |  |  |
| 35 | 2 |  |  |  |  |  |  |  |  |
| 37 | 4, |  |  |  |  |  |  |  |  |
| 38 | 1 |  |  |  |  |  |  |  |  |
| 47 | 2, |  |  |  |  |  |  |  |  |
| 48 | 4,1 |  |  |  |  |  |  |  |  |